

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**

**FORT WORTH**

### NO. 02-12-00298-CV

IN RE JAKE COOK                                     RELATOR

-----------

## ORIGINAL PROCEEDING

-----------

## MEMORANDUM OPINION[1]

-----------

The court has considered relator's petition for writ of mandamus and motion to stay and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motion to stay are denied.

PER CURIAM

PANEL: GARDNER, MCCOY, and GABRIEL, JJ.

DELIVERED: July 25, 2012

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).